UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-Ft Laud

MAR 1 8 2015

FILED _____ RECEIVED ____

In re:  Gloria Moreno,

Case No.:14-30589-RBR
Chapter 13

_____ Debtor _____/

**REVISED FINAL REPORT OF MORTGAGE MODIFICATION MEDIATOR**

The undersigned court-appointed Mortgage Modification Mediator, reports to the Court as follows:

**A.**  The final Mortgage Modification Mediation ("MMM") conference was conducted on March 4, 2015, and the following parties were present:

   1. [ X ]The Debtor [and Debtor's attorney], Gloria Moreno and Alexis Garcia.

   2. [  ] No Co-obligor was present.

   3. [ X ]The Lender's representative, Julio Nazario and Lender's attorney, Matthew Klein.

   4. [  ] Other: _____

**B.**  The final MMM conference was scheduled for _____, but not conducted for the following reason:

   1. [  ] The parties settled prior to attending.
   2. [  ] The case was dismissed.
   3. [  ] The Debtor or [  ] Debtor's attorney failed to attend.
   4. [  ] The Lender's representative or [  ] Lender's attorney failed to attend.
   5. [  ] Other: _____.

**C.**  The result of the MMM conference is as follows:

   1. [X ]The parties reached an agreement.
   2. [  ]The parties did not reach an agreement.

Dated: March 16, 2015

_____
Signature of Mediator
Print name: Betsy F. Yegelwel, Esq.
Address: 2150 SW 13th Avenue
Miami, FL 33145
Telephone: 305-858-2706
email: Betsy@byeglaw.com

Copies to:
All Parties to the Mediation

LMM-LF-11 (04/01/13)